In the Matter of the Application of THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK Relative to Acquiring Title to the Lands, Tenements and Hereditaments Required for the Purpose of Opening One Hundred and Seventy-fifth Street from the Grand Boulevard and Concourse to Anthony Avenue, in the Twenty-fourth Ward of the City of New York.

THE CITY OF NEW YORK, Appellant and Respondent; THOMAS O. WOOLF, Respondent and Appellant; FRITZ SELJE et al., Respondents.

*Matter of East* 175*th Street,* 49 App. Div. 114, affirmed.
(Argued April 17, 1900; decided May 1, 1900.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 21, 1900, modifying and affirming as modified an order of Special Term denying a motion to confirm the report of the commissioners of estimate and assessment of the city of New York and referring the said report back to the commissioners with a direction to limit the assessments for benefit to one-half of the value of the property assessed as valued by the tax commissioners for the purpose of taxation, as of the time when title vested herein, and confirming the said report.

*John Whalen, Corporation Counsel* (*John P. Dunn* and *Thomas C. Blake* of counsel), for the city of New York, appellant and respondent.

*William A. Hoar* and *James A. Deering* for Thomas O. Woolf, respondent and appellant.

*Joseph A. Flannery, Charles V. Gabriel, Ernest Hall* and *Thomas S. Bassford* for respondents.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and LANDON, JJ. Absent: VANN, J.